IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NINO CHET TARTARINI,

       Appellant,

v.

STATE OF FLORIDA,

       Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3753

_____/

Opinion filed July 26, 2016.

An appeal from the Circuit Court for Duval County.
Angela Cox, Judge.

Rick A. Sichta, Susanne K. Sichta, and Joe Hamrick of The Sichta Firm, LLC, Jacksonville, for Appellant.

Pamela Jo Bondi, Attorney General; Trisha Meggs Pate, Bureau Chief, Criminal Appeals, and Jillian H. Reding, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, C.J., ROWE, and MAKAR, JJ., CONCUR.